UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-22859-CV-KING

ALEJANDRO LOPEZ,
individually and on behalf of all others
similarly situated,

    Plaintiff,

vs.

SIMPLE 2 OWN LLC,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Plaintiff's Notice of Dismissal with Prejudice (D.E. #10) filed August 21, 2018, in the above-styled case. Accordingly, after a careful review of the record and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby DISMISSED WITH PREJUDICE.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The **Pretrial Conference** previously set for **November 1, 2019** and the **Trial** previously set for **January 27, 2020** are hereby CANCELED.

4. The Clerk shall CLOSE this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 22nd day of August, 2018.

*[Signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record